IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON D. ENNIS,<br><br>  Plaintiff,<br><br>vs.<br><br>MICHAEL J. ASTRUE, Commissioner,<br><br>  Defendant. | 1:07-cv-01792-TAG<br><br>ORDER DISCHARGING<br>ORDER TO SHOW CAUSE<br><br>(Doc. 16) |

On December 10, 2007, Plaintiff filed the present action for judicial review of the denial of Social Security benefits. (Doc. 1.) On January 22, 2009, this Court issued an order to show cause directing Plaintiff to show why sanctions should not be imposed for his failure to file his opening brief in compliance with the due dates established by the Court's December 11, 2007 scheduling order. (Docs. 16, 6.) The order to show cause also provided that if Plaintiff filed his opening brief no later than February 4, 2009, the order to show cause would be discharged. (Doc.16.) The order was served upon the parties on January 22, 2009.

On February 4, 2009, Plaintiff filed his opening brief in this proceeding. (Doc. 17.) Accordingly, it is HEREBY ORDERED that the Court's January 22, 2009 order to show cause (Doc. 16) is DISCHARGED.

IT IS SO ORDERED.

Dated:  **February 6, 2009**                              /s/ Theresa A. Goldner
                                                                    UNITED STATES MAGISTRATE JUDGE

1